UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLADIS ALVARADO MARTINEZ, | CASE NO. 22-cv-01569 |
| Plaintiff, | ORDER |
| v. | |
| AC TRANSPORT, LTD., a Canadian company doing business in Washington, and AKBAL SINGH, individually, | |
| Defendants. | |

    Plaintiff Gladis Alvarado Martinez and Defendants AC Transport, Ltd. and Akbal Singh filed their Stipulation And Order For Voluntary Dismissal With Prejudice on December 12, 2023. Dkt. No. 22. Rule 41(a)(1)(A)(ii) allows for dismissal of "an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The parties have stipulated to dismissal of all claims and counterclaims in this matter with prejudice and without costs. *See* Dkt. No. 22.

    This matter is DISMISSED. The parties' pending stipulated motion under Dkt. No. 20 is stricken as moot. This matter is CLOSED.

**ORDER** - 1

It is so ORDERED.

Dated this 15th day of December, 2023.

                                                                                  *[signature]*

Jamal N. Whitehead
United States District Judge

**ORDER** - 2